MICHAEL A. DEROSA, Respondent, v. SIDNEY SALOMON, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE 665 FIFTH AVENUE COMPANY, INC., Respondent, v. LEWIS E. MACOMBER, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANGELINA IACONO, as Administratrix, etc., of SALVATOR IACONO, Deceased, Respondent, Appellant, v. FRANK & FRANK CONTRACTING CO., INC., and THIRTY-SIXTH STREET AND EIGHTH AVENUE CORPORATION, Appellants, Impleaded with UNITED HOISTING CO., INC., Respondent.— Judgment and order affirmed, with costs to the plaintiff against the defendants Frank & Frank Contracting Co., Inc., and Thirty-sixth Street and Eighth Avenue Corporation, and to the respondent United Hoisting Co., Inc., against the plaintiff. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAMES L. ANDREWS, Appellant, v. JOSEPH A. FLANAGAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ENOS T. GEER and Others, Respondents, v. REFINED SYRUPS, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MANGANO and Others, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

OSCAR KIRSCH, Respondent, v. PERCY W. LANSBURGH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GARFINKLE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FIRESTONE TIRE & RUBBER COMPANY, INC., Respondent, v. WESTMINSTER TIRE CORPORATION, Appellant.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, on the ground that there are issues of fact to be tried. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NEW YORK BUTCHERS' CALFSKIN ASSOCIATION, LIMITED, Respondent, v. PINKAS FISCHER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.